FILED: September 8, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2224
(3:26-cv-00016-DJN)

---

ST. PAUL FIRE AND MARINE INSURANCE COMPANY; THE TRAVELERS INDEMNITY COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY, f/k/a The Aetna Casualty and Surety Company

Appellants

v.

HOPEMAN BROTHERS, INC.

Debtor - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
| Originating Case Number | 3:26-cv-00016-DJN |
| Date notice of appeal filed in originating court: | 09/02/2026 |
| Appellant(s) | St. Paul Fire And Marine Insurance Company, The Travelers Indemnity Company, Travelers Casualty and Surety Company |
| Appellate Case Number | 26-2224 |
| Case Manager | A. Walker<br>804-916-2702 |